AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern **District of** New York

JOAN ROSARIO

Plaintiff (s),

V.

BURNSED TRUCKING INC.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-07347

Notice is hereby given that, subject to approval by the court, Burnsed Trucking Inc. substitutes
(Party (s) Name)

Law Office of James J. Toomey , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of Law Office of Thomas K. Moore .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of James J. Toomey

Address: 485 Lexington Avenue, 7th Floor New York, New York 10017-2630

Telephone: (917) 778-6600         Facsimile (877) 890-1328

E-Mail (Optional):

I consent to the above substitution.

Date: 9/3/21

*Janet Wallace*
(Signature of Party (s))

I consent to being substituted.

Date: 9-7-21

Nick Migliaccio
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/8/2021

*Frederick D. Schmidt, Jr.*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/8/2021

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]