UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN ROSARIO,

                Plaintiff,

– against –

BURNSED TRUCKING INC.,

                Defendant.

**ORDER**

21 Civ. 7347 (ER)

Ramos, D.J.:

      Defendant Burnsed Trucking filed a motion for a protective order on May 12, 2022. Doc. 20. As relevant here, Burnsed Trucking requested that they be allowed to delay production of surveillance video footage of Rosario until after his deposition due to concerns that he would tailor his testimony based upon what is revealed in the video footage. *Id.* The Court held a conference on the motion on June 1, 2022 at which counsel for both parties were present. At the conference, the Court directed Burnsed Trucking to provide the Court with the surveillance video as well as Rosario's allegations concerning his injuries for in camera review.

      Having reviewed the surveillance video and Rosario's allegations, the Court grants the motion for a protective order for delayed production of the video until after Rosario's deposition. *See Daniels v. Nat'l R.R. Passenger Corp.*, 110 F.R.D. 160, 161 (S.D.N.Y. 1986) (holding that delayed production until after deposition was proper).

SO ORDERED.

Dated:   June 9, 2022
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.