```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOAN ROSARIO,

                        Plaintiff,

-v.-

BURNSED TRUCKING INC.,

                        Defendant.

---

21 Civ. 7347 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    This case has been placed on the Court's November 2024 trial-ready calendar. The trial will begin on **November 12, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after November 12, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

    The Court will hold a final pretrial conference by telephone on **November 1, 2024** at **11:30 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering access code 365 350 154 followed by the pound (#) key. The conference must be attended by the attorneys who will serve as principal trial counsel.

    The parties are directed to schedule a settlement conference with Magistrate Judge Robert Lehrburger at the earliest opportunity, and in no event later than **September 17, 2024** (subject to Judge Lehrburger's availability). An order referring this case to Judge Lehrburger for settlement will issue. By **October 4, 2024**, the parties shall file a joint letter stating their efforts to arrive at a disposition of this matter.

    SO ORDERED.

2

Dated: August 27, 2024
      New York, New York

                                                     JENNIFER H. REARDEN
                                                     United States District Judge

2